**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUADALUPE RUBIO,<br>o.b.o minor A.G,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:18-cv-757-EPG<br><br>**ORDER GRANTING MOTION TO APPOINT GUADALUPE RUBIO AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF**<br><br>(ECF No. 2) |

On June 1, 2018, Guadalupe Rubio, the mother of the minor Plaintiff, filed a motion to be appointed guardian *ad litem*. (ECF No. 2). Local Rule 202(a) of this Court provides, in pertinent part:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor . . . the attorney representing the minor or incompetent person shall present . . . a motion for the appointment of a guardian <u>ad</u> <u>litem</u> by the Court, or . . . a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

The decision to appoint a guardian *ad litem* is in the discretion of the trial court. *Davis v. Walker*, 745 F.3d 1303, 1310 (9th Cir. 2014) (citing *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986)).

1

Upon a review, the motion to appoint Guadalupe Rubio as guardian *ad litem* for the minor Plaintiff is GRANTED.

IT IS SO ORDERED.

Dated: **June 11, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE