# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| GUADALUPE RUBIO o.b.o. MINOR A.G., | Case No. 1:18-cv-00757-EPG |
|---|---|
| Plaintiff, | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE** |
| v. | (ECF No. 15) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

On December 4, 2018, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 15). All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **December 5, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1